THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. GLENDENNING, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN F. FLANAGAN, Petitioner, against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANCIS JANKOW, an Infant, by STELLA JANKOW GORCZYCZA, His Guardian ad Litem, and STELLA JANKOW GORCZYCZA, Respondents, v. GIUSEPPE VENTIMIGLIA and MARIO PIAZZA, Doing Business under the Firm Name and Style of VENTIMIGLIA & PIAZZA, Appellants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of TIMOTHY J. SULLIVAN, Respondent, against THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See, also, 253 App. Div. 591.] [164 Misc. 63.]

HERMAN P. POSNER, Respondent, v. BERNARD B. ISRAEL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BERNARD G. STEINBERG, Suing on Behalf of Himself and all Other Stockholders of the Defendant NIAGARA HUDSON POWER CORPORATION, Similarly Situated, Who May Join Herein and Contribute to the Expenses of This Suit, and for the Benefit of NORTHEASTERN POWER CORPORATION, a Subsidiary of NIAGARA HUDSON POWER CORPORATION, Appellant, v. C. S. BREWER and Others, Defendants, Impleaded with F. L. CARLISLE and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WANETA W. STROUT, Appellant, v. CROSS, AUSTIN & IRELAND LUMBER COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY as Surviving Trustee, and of H. MARION WOLFE and ALBERT M. LEE, Executors of CECILE O. WOLFE, Deceased Trustee of the Trusts Created by the Last Will and Testament and Second Codicil Thereto of SANFORD WOLFE, Deceased. CITY BANK FARMERS TRUST COMPANY, as Surviving Trustee and Others, Respondents; HENRY M. WOLFE, Successor Trustee, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [163 Misc. 351; 165 id. 83.]

GEORGE S. MAY, Doing Business as GEORGE S. MAY COMPANY, Respondent, v. FRANCIS KEIL & SON, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.